**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

STOUT LAW GROUP, P.A().               Case No.: 1:18-cv-03488-ELH

    Plaintiff

v.

INTEGRATED CANNABIS SOLUTIONS, INC.

    Defendant

---

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Stout Law Group, P.A., through its undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against the Defendant INTEGRATED CANNABIS SOLUTIONS, INC.

        Respectfully submitted,

        */s/ Matheau J. W. Stout*
        Matheau J. W. Stout (28054)
        400 E. Pratt Street, 8th Floor
        Baltimore, Maryland 21202
        (410) 429-7076 Tel
        (888) 907-1740 Fax
        *Attorney for Plaintiff*