**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| STOUT LAW GROUP, P.A. | Case No.: 1:18-cv-03488-ELH |
| Plaintiff | |
| v. | |
| INTEGRATED CANNABIS SOLUTIONS, INC. | |
| Defendant | |

Approved
ELH
USDJ
3/22/19

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Stout Law Group, P.A., through its undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against the Defendant INTEGRATED CANNABIS SOLUTIONS, INC.

Respectfully submitted,

*/s/ Matheau J. W. Stout*
Matheau J. W. Stout (28054)
400 E. Pratt Street, 8th Floor
Baltimore, Maryland 21202
(410) 429-7076 Tel
(888) 907-1740 Fax
*Attorney for Plaintiff*